UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TATIANA VLADIMIROVNA VAVILOVA,

    Plaintiff,

-vs-                                                   Case No. 6:12-cv-1471-Orl-28GJK

ZSOLT GABOR RIMOCZI,

    Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees of Costs ("Application") (Doc. No. 2) filed September 26, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case dismissed with prejudice.

The Court has conducted an independent *de novo* review of the record in this matter, including consideration of Plaintiff's Objection to the Report and Recommendation. In her Objection, Plaintiff refers to an Exhibit A attached to her Complaint, which she claims is form I-864 and enforceable, and not form I-134. I-134 is the only form referred to in the Complaint. Further, there is no Exhibit A attached to the Complaint. The Report and Recommendation recommends denial of the Application based on the I-134 form, as it is unenforceable, citing to Cheshire v. Cheshire, 3:05-cv-00453-TJC-MCR, 2006 WL 1208010 at *2 (M.D. Fla. May 4, 2006). That is correct and based on the relief requested by Plaintiff.

Although form I-864 is not attached to the Complaint, it is attached to the Application (Doc. 2-1). Plaintiff failed to mention form I-864 in her Complaint and failed to attach such

form to her Complaint. Plaintiff is held to her pleading, and in that regard, the Report and Recommendation is adopted to the extent of the findings of fact and conclusions of law. The Application is **DENIED**.

Plaintiff may file an Amended Complaint and Amended Motion for Leave to Proceed In Forma Pauperis within fourteen (14) days from the date of this Order. Failure to file an amended complaint within the time allowed herein will result in the dismissal of this case with prejudice, as recommended.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22 day of October, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party