UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TATIANA VLADIMIROVNA VAVILOVA,

    **Plaintiff,**

-vs-                              Case No. 6:12-cv-1471-Orl-28GJK

ZSOLT GABOR RIMOCZI,

    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Second Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 12) filed October 30, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 14), Plaintiff's Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 10, 2012 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Second Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 12) is **DENIED**.

3. Plaintiff's Amended Complaint is **DISMISSED with prejudice** for lack of subject matter jurisdiction.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_4\_\_ day of January, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party